HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

/lc

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CINDY L. HERIMAN odo<br>CHRISTINE S. HERIMAN,<br><br>        Plaintiff,<br>v.<br><br>JO ANNE B. BARNHART,<br>Commissioner,<br>Social Security Administration,<br><br>        Defendant. | Civil No. 06-03114 JW<br><br>STIPULATION AND ORDER |

    Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have an extension of time up through and including Monday, October 2, 2006 in which to e-file her Motion for Summary Judgment. This extension is necessitated by the number of other cases Plaintiff's counsel currently has before the district court that also require briefing.

1

STIPULATION AND ORDER

```
                                    _____
                                    KEVIN V. RYAN
                                    United States Attorney




Dated: August 30, 2006              /s/
                                    SARA WINSLOW
                                    Assistant U.S. Attorney




Dated: August 30, 2006              /s/
                                    HARVEY P. SACKETT
                                    Attorney for Plaintiff
                                    CINDY L. HERIMAN


IT IS SO ORDERED.



Dated:  September 5, 2006           _____
                                    HON. JAMES WARE
                                    United States District Judge
```

2

STIPULATION AND ORDER