HARVEY P. SACKETT (72488)

SACKETT
AND ASSOCIATES
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

/lc

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CINDY L. HERIMAN odo<br>CHRISTINE S. HERIMAN,<br><br>        Plaintiff,<br>v.<br><br>JO ANNE B. BARNHART,<br>Commissioner,<br>Social Security Administration,<br><br>        Defendant. | Civil No. 06-03114 JW<br><br>STIPULATION AND ORDER |

    Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a second extension of time up through and including Wednesday, November 1, 2006 in which to e-file her Motion for Summary Judgment. This extension is necessitated by the number of other cases Plaintiff's counsel currently has before the district court that also require briefing.

1

STIPULATION AND ORDER

1
2
3                                                  _____
                                                   KEVIN V. RYAN
4                                                  United States Attorney
5
6
7
8  Dated: September 25, 2006                       /s/_____
                                                   SARA WINSLOW
9                                                  Assistant U.S. Attorney
10
11
12
13 Dated: September 25, 2006                       /s/_____
                                                   HARVEY P. SACKETT
14                                                 Attorney for Plaintiff
15                                                 CINDY L. HERIMAN
16
17 IT IS SO ORDERED.
18
19
20 Dated:  9/28/06                                 _____
                                                   HON. JAMES WARE
21                                                 United States District Judge
22
23
24
25
26
27
28

                                   2
STIPULATION AND ORDER